# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| MANUEL F. VASQUEZ, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. | No. 07-3174-CV-S-DW-SSA |

**ORDER**

Before the Court is Defendant's Motion to Remand (Doc. 5). For good cause shown, the Court GRANTS the motion and remands this action to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g).

Date:   January 23, 2008                                   /s/ Dean Whipple
                                                                         Dean Whipple
                                                                 United States District Judge